# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMY LUPERCIO,<br><br>Defendant. | Case No.: '24 MJ0875<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States/Importation Contrary to Law (Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about February 28, 2024, within the Southern District of California, defendant AMY LUPERCIO did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: hydrofluorocarbon refrigerants, that is four 24 pound cylinders of 404a refrigerant, in violation of Title 18, United States Code, Section 545.

## COUNT 2

On or about February 28, 2024, within the Southern District of California, defendant AMY LUPERCIO did knowingly import merchandise, to wit:

hydrofluorocarbon refrigerants, that is four 24 pound cylinders of 404a refrigerant, contrary to law, that is, in violation of Title 42, United States Code, Sections 7675 and 7413, all in violation of Title 18, United States Code, Section 545.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
Sawyer Rotell, Special Agent
Environmental Protection Agency
Criminal Investigation Division

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on March 4, 2024.

*[signature]*
HON. MICHELLE M. PETTIT
U.S. MAGISTRATE JUDGE

United States of America
   v.
Amy LUPERCIO

PROBABLE CAUSE STATEMENT

I, Special Agent Sawyer Rotell, declare under penalty of perjury, the following is true and correct:

At approximately 11:22 pm on February 28, 2023, Amy LUPERCIO entered the United States at the Otay Mesa Port of Entry as the driver of a Black GTI Volkswagen bearing California license plates. The Customs and Border Protection (CBP) Officer at primary inspection asked LUPERCIO if she had anything to declare, to which she responded that she had nothing to declare. The primary inspector observed multiple cylinders in the rear seat, covered by blankets. LUPERCIO and her vehicle were then sent to Secondary inspection for further inspection.

In the Secondary inspection area, a 7-point inspection was conducted. During the inspection, four twenty-four-pound cylinders of the hydrofluorocarbon (HFC) refrigerant 404A were found hidden under a blanket in the back seat.

After being advised of her Constitutional rights and waiving her rights in writing, LUPERCIO stated that she received the cylinders in Mexico and intended to deliver them to an individual in Chula Vista, for which she was paid $100.

The American Innovation and Manufacturing ("AIM") Act, 42 U.S.C. § 7675 et seq., was enacted by Congress on December 27, 2020, and authorized the Environmental Protection Agency (EPA) to phase down the production and consumption of HFCs. As part of the AIM Act, Congress added an additional list of regulated substances, at 42 U.S.C. § 7675(c)(1), which include HFC-125, HFC-

134a, and HFC 143a. Refrigerants marketed as HFC 404a contain these regulated substances.

Congress directed the EPA to devise a schedule to phase out the production and consumption of these regulated substances, and stated that any such rules or regulations promulgated by the EPA were to be enforceable under Section 7413 of the Clean Air Act as if they had been expressly included in Subchapter VI (Section 7671, which relates to ozone depleting substances). 42 USC § 7675(k)(1)(C).

Beginning on January 1, 2022, EPA regulations prohibit any person from importing bulk regulated substances (HFCs), except by expending, at the time of import, a consumption or application-specific allowance issued by the EPA. 40 C.F.R. § 84.5(b). No person may sell or distribute, or offer for sale or distribution, any regulated HFC that was imported illegally. 40 CFR § 84.5(f). A check of the records of the U.S. EPA revealed that LUPERCIO has no such allocation to import HFC in this case.

LUPERCIO was placed under arrest and charged with a violation of Title 18, United States Code section 545 for Smuggling Goods Into the United States, and was issued a Notice to Appear dated March 7, 2024 at 2:00 p.m. to answer to these charges.